**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE:   Anthony N. Alleyne | CHAPTER 13 |
| 4411 Matagorda Lakes Dr. | |
| Humble, TX  77396 | CASE NO. 25-31686-H1 |
| DEBTOR | |

## NOTICE RESETTING CONFIRMATION HEARING

You are hereby advised that the confirmation hearing regarding the above referenced case has been rescheduled for 06/17/2025 at 10:00 am. at the U.S. Bankruptcy Court, 515 Rusk, Room 404, 4th Floor, Houston, TX 77002-0000.

DATED: May 20, 2025

/s./ David G. Peake
DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing pleading was served upon the Debtor and Debtor's Attorney, either via first class mail on Tuesday, May 20, 2025, or by electronic noticing pursuant to the Local Bankruptcy Rules.

/s./ David G. Peake
DAVID G. PEAKE, TRUSTEE

United States Bankruptcy Court
Southern District of Texas

In re:     Case No. 25-31686-mi
Anthony N. Alleyne     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 3
Date Rcvd: May 21, 2025     Form ID: pdf001     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony N. Alleyne, 4411 Matagorda Lakes Dr., Humble, TX 77396-4330 |
| 12910834 | + | Deborah L. Crain, Lugenbhul, Wheton, Peck, Rankin &, Hubbard, 801 Travis, Suite 1800, Houston, TX 77002-5730 |
| 12910842 | + | Peter Acquaro, C/O Deborah L. Crain, 801 Travis St., Suite 1800, Houston, TX 77002-5730 |
| 12910843 | + | Quest Trust Company, f/k/a West IRA, Inc, c/o Deborah L. Crain, 801 Travis St. Suite 1800, Houston, TX 77002-5730 |
| 12933298 | | U.S. Business Administration, Santa Ana CA 92701 |
| 12910847 | + | Wells Fargo/Gallery, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2025 20:12:33 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 21 2025 20:07:00 | Harris County ESD #01, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie L. Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 21 2025 20:07:00 | Harris County ESD #10, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie L. Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 21 2025 20:07:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: camanagement@mtb.com | May 21 2025 20:07:00 | M&T BANK, PO Box 840, Buffalo, NY 14240, UNITED STATES |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 21 2025 20:07:00 | SELECT PORTFOLIO SERVICING, INC., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 12910833 | | Email/Text: Bankruptcy@michaelandrewsllc.com | May 21 2025 20:06:00 | Automotive Credit Corp, Attn: Bankkruptcy, 26261 Evergreen Road, Ste 300, Southfield, MI 48076 |
| 12915997 | | Email/Text: Bankruptcy@michaelandrewsllc.com | May 21 2025 20:06:00 | Automotive Credit Corporation, attn bk dept, PO BOX 2286, Southfield MI 48037 |
| 12943464 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2025 20:12:25 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 12910832 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2025 20:12:24 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 12934969 | | Email/Text: mrdiscen@discover.com | May 21 2025 20:06:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 12910835 | + | Email/Text: mrdiscen@discover.com | May 21 2025 20:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 12915159 | | Email/PDF: OGCRegionVIBankruptcy@hud.gov | May 21 2025 20:12:25 | U.S. Department of Housing and Urban |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: pdf001 | Total Noticed: 31 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Development, 307 W. 7th St., Suite 1000, Fort Worth, TX 76102 |
| 12930680 | | Email/Text: houston_bankruptcy@LGBS.com | May 21 2025 20:07:00 | Harris County LGBS Clients, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Andresen, P.O. Box 3064, Houston, TX 77253-3064 |
| 12914154 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2025 20:07:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12910837 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2025 20:07:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 12910838 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2025 20:12:15 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 12917038 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2025 20:12:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12910839 | + | Email/Text: EBNBKNOT@ford.com | May 21 2025 20:07:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 12910840 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2025 20:12:26 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 12910841 | | Email/Text: camanagement@mtb.com | May 21 2025 20:07:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 12910844 | + | Email/Text: bk@roadrunnerfinancial.com | May 21 2025 20:06:00 | Roadrunner Account Services, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |
| 12910845 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2025 20:12:24 | Syncb/f&d, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12933299 | + | Email/Text: bankruptcynotices@sba.gov | May 21 2025 20:07:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana CA. 92701-7534 |
| 12910846 | + | Email/Text: bankruptcynotices@sba.gov | May 21 2025 20:06:00 | US Small Business Administration, 1441 L Street Nw, Washington, DC 20416-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12910836 | | Eva Shaffir Englehart, 7700 San Felipe St. Suite 550, TX 77000 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025          Signature:     /s/Gustava Winters

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: pdf001 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Peake | court@peakech13trustee.com |
| Jack N. Fuerst | on behalf of Debtor Anthony N. Alleyne jfuerst@sbcglobal.net outsourcedparalegal@gmail.com;fuerst.jackn.r103264@notify.bestcase.com |
| Jeannie Lee Andresen | on behalf of Creditor Harris County ESD #01 houston_bankruptcy@lgbs.com |
| Jeannie Lee Andresen | on behalf of Creditor Harris County ESD #10 houston_bankruptcy@lgbs.com |
| Jeannie Lee Andresen | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Yoshie Valadez | on behalf of Creditor M&T BANK mhtbkanhsselffilings@mccarthyholthus.com  yvaladez@mccarthyholthus.com |
| Yoshie Valadez | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com |

TOTAL: 8